UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLOR STREET LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AUDERE, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 22-2267 (JXN)(JSA)<br><br><br>*consolidated with* |
| TRACY RODGERS, as individual, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COLOR STREET LLC, a New Jersey Limited liability company, et al.,<br><br>　　　　　Defendants. | Civil Action No. 23-3943 (JXN)(MAH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Color Street LLC, Plaintiff in Civil Action No. 22-2267 and Defendant in Civil Action No. 23-3943, Fa Park, Lisa Schmitt and Angela Polsgrove, Defendants in Civil Action No. 23-3943 (together with Color Street, the "Color Street Parties"), Audere, Inc. and Salvatore Ferraro, Defendants in Civil Action No. 22-2267 (the "Audere Defendants"), and Tracy Rodgers and Robert McCauley, Plaintiffs in Civil Action No. 23-3943, by and through their undersigned

counsel of record, stipulate to the dismissal of these consolidated actions with prejudice, pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its/her/his own costs and attorneys' fees.

| | |
|---|---|
| **FORTIS LAW PARTNERS LLC**<br>*Attorneys for the Audere Defendants,*<br>*Rodgers and McCauley* | **McCARTER & ENGLISH, LLP**<br>*Attorneys for the Color Street Parties* |
| By: */s/Cara Thornton, Esq.*<br>    Cara Thornton, Esq.<br>    1900 Wazee St. # 300<br>    Denver, CO 80202 | By: */s/Joseph R. Scholz, Esq.*<br>    Joseph R. Scholz, Esq.<br>    Four Gateway Center<br>    100 Mulberry Street<br>    Newark, NJ  07102-4056 |
| Dated:  January 25, 2024 | Dated:  January 25, 2024 |

**THOMAS AMBROSIO, ESQ.**
*Attorneys for the Audere Defendants,*
*Rodgers and McCauley*

By: */s/Thomas Ambrosio, Esq.*
    Thomas Ambrosio, Esq,
    750 Valley Brook Avenue
    Lyndhurst, NJ 07071

Dated:  January 25, 2024

**So ORDERED on 1/29/2024:**

_____
**JULIEN XAVIER NEALS**
**United States District Judge**